**Michael E. Farnell, OSB No. 922996**
E-mail:  mfarnell@pfglaw.com
PATERNOSTER FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone:  (503) 222-1812
Facsimile:  (503) 274-7979

*Attorneys for Plaintiff Black Rock Coffee Bar, LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BLACK ROCK COFFEE BAR, LLC**, an Oregon limited liability company,<br><br>                         Plaintiff,<br><br>    v.<br><br>**ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,** a Delaware Insurance Company,<br><br>                         Defendant. | Case No.  6:23-cv-900-AA<br><br>**PLAINTIFF'S MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

### MOTION

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), Plaintiff Black Rock Coffee Bar, LLC, moves for an Order of Dismissal without prejudice of all claims against Defendant Endurance American Specialty Insurance Company and without costs or fees to any party.

Page 1 – **PLAINTIFF'S MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

PATERNOSTER FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812   FAX: (503) 274-7979

DATED this 18th day of March, 2025.

        PATERNOSTER FARNELL & GREIN, LLP

        /s/ Michael E. Farnell
        **Michael E. Farnell, OSB No. 922996**
        Email: mfarnell@pfglaw.com
        1030 SW Morrison Street
        Portland, OR 97205
        Telephone:  (503) 222-1812
        *Attorneys for Plaintiff*
        *Black Rock Coffee Bar, LLC*

## **ORDER**

THIS MATTER having come before the Court on the above motion of plaintiff, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED without prejudice and without an award of costs or fees to any party.

Dated this 18th day of March, 2025.

        /s/Ann Aiken
        United States District Judge Ann Aiken

Submitted by:

PATERNOSTER FARNELL & GREIN, LLP

/s/ Michael E. Farnell
**Michael E. Farnell, OSB No. 922996**
Email: mfarnell@pfglaw.com
1030 SW Morrison Street
Portland, OR 97205
Telephone:  (503) 222-1812
*Attorneys for Plaintiff Black Rock Coffee Bar, LLC*

Page 2 – **PLAINTIFF'S MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

PATERNOSTER FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison Street
Portland, Oregon 97205
TELEPHONE (503) 222-1812   FAX: (503) 274-7979